**[J-64-2017]**
**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

| | | |
|---|---|---|
| COMMONWEALTH OF PENNSYLVANIA, | : | No. 732 CAP |
| | : | |
| Appellee | : | Appeal from the Order dated October |
| | : | 25, 2016 in the Court of Common Pleas, |
| | : | Lehigh County, Criminal Division at No. |
| v. | : | CP-39-CR-0001827-1995. |
| | : | |
| | : | SUBMITTED: July 18, 2017 |
| EDWIN RIOS ROMERO, | : | |
| | : | |
| Appellant | : | |

**ORDER**

**PER CURIAM**

   **AND NOW,** this 21st day of February, 2018, the order of the Court of Common Pleas of Lehigh County is affirmed. *See* 42 Pa.C.S. § 9545(b)(2) (providing that a Post Conviction Relief Act petition alleging an exception to the timeliness requirement shall be filed within sixty days of the date the claim could have been presented).